MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ESEQUIEL FABELA,<br><br>　　　　　　Defendant. | CASE NO. 1:20-CR-00098 DAD<br>　　　　　　　1:15-CR-00225 DAD<br><br>ORDER ON STATE OF CALIFORNIA REQUEST FOR TRANSPORTATION TO STATE COURT FOR CRIMINAL PROCEDINGS |

　　The above named defendant, Esequiel Fabela, currently has an arraignment on a violation of probation allegation calendared on November 16, 2020, before the Honorable Arturo Corona, Department 20 of the Fresno County Superior Court, case number F20902415.

　　The defendant is currently in the custody of the United States Marshal, charged in the above entitled action, and is being housed at the Fresno County Jail.

　　IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court on November 16, 2020, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on November 16, 2020.  The Court further orders that the Fresno County Sheriff's Office shall produce the defendant for future state court proceedings with his return immediately thereafter to the U.S. Marshal Service once the Fresno County Sheriff's Office confirms

1 with an Assistant U.S. Attorney that the state court appearance does not conflict with any federal court
2 appearance.  Under no circumstances is the defendant to be released from the physical custody of the Fresno
3 County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court
4 Appearances, or upon further order from this court.
5 IT IS SO ORDERED.

Dated: **October 30, 2020**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE