PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00098-DAD-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ESEQUIEL FABELA, | |
| Defendant. | |

On or about June 28, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), forfeiting to the United States all right, title, and interest of defendant Esequiel Fabela in the following property:

    a.    HS Product, model XD, 9mm caliber, pistol, and

    b.    All ammunition seized in the case.

Beginning on July 8, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

      a.      Jorge Escobedo:  On July 7, 2022, a notice letter was sent by certified mail to Jorge Escobedo at 24600 W. Phelps Ave., Coalinga, CA 93210.  The PS Form 3811 (certified "green card" showing proof of delivery) was signed as received by Jorge Escobedo.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Esequiel Fabela and Jorge Escobedo.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The Bureau of Alcohol, Tobacco, Firearms & Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **August 30, 2022**

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE